John P. Wagner et al. v. Commissioner.
Wagner v. Commissioner
Docket Nos. 50430, 50431, 50432, 50433, 55923, 55924, 55925, 55926, 55927, 55928, 55929, 55930, 55931, 55932, 56823, 56837, 56840.
United States Tax Court
1958 Tax Ct. Memo LEXIS 37; 17 T.C.M. (CCH) 949; October 29, 1958
*37 FISHER
Order FISHER, Judge: Upon consideration of the stipulation of the parties in the above-entitled case lodged October 24, 1958, and petitioners' motion filed October 24, 1958, moving that the Court enter additional findings of fact as a basis for computations under Rule 50, to which motion counsel for respondent has entered "no objection", it is ORDERED: (1) That special leave be and it is hereby granted to petitioners to file said motion under Rule 19(e) of this Court's Rules of Practice; and (2) that the Findings of Fact of this Court be amended and supplemented by additional Findings of Fact as follows: At the end of the first sentence following the tabulation on page 65 of the Memorandum Findings of Fact and Opinion (T.C. Memo. 1958-112) [17 TCM 569,] heretofore filed in the above-entitled case, substitute a semi-colon for period, and add the following: Sales Company #1 reported its first taxable income on the basis of a taxable year ended June 30, 1945, and thereafter both Sales Company #1 and #2 reported on the basis of taxable years ended on April 30, commencing in 1946. The total net distributable income of Sales Company #1 and #2 for *38 the taxable years indicated is as follows: Ordinary
50% Net
Net
Long Term
Income
Capital Gain
Taxable year ended
June 30, 1945
$ 94,866.69
Taxable period July 1,
1945 through April
30, 1946
67,762.04
Taxable year ended
April 30, 1947
200,748.12
$1,509.59
Taxable year ended
April 30, 1948
172,894.02
3,794.16